THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Alterrick Smith,       
Appellant.
 
 
 

Appeal from Georgetown County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2004-UP-173
Submitted January 29, 2004  Filed March 
 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and J. Gregory Hembree, of Conway; for Respondent.
 
 
 

 PER CURIAM:  Alterrick Smith was 
 indicted for possession of marijuana with intent to distribute and possession 
 of marijuana with intent to distribute within the proximity of a public park 
 and tried by a jury in his absence.  The jury convicted Smith, and the circuit 
 court sentenced him to ten years imprisonment for each of the charges, the sentences 
 to run concurrently.  Subsequently, Smith pled guilty to an additional charge 
 of possession of marijuana with intent to distribute, and the circuit court 
 sentenced him to six years imprisonment, the sentence to run concurrently with 
 his ten-year sentences.  Pursuant to Anders v. California, 386 U.S. 738 
 (1967), Smiths counsel attached a petition to be relieved.  Smith did not file 
 a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Smiths appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.